**STATE v. GONZALES**

[359 N.C. 420 (2005)]

STATE OF NORTH CAROLINA v. BRIAN FRANK GONZALES

No. 339PA04

(Filed 5 May 2005)

On writ of certiorari pursuant to N.C.G.S. § 7A-32(b) of a unanimous decision of the Court of Appeals, 164 N.C. App. 512, 596 S.E.2d 297 (2004), reversing an order entered by Judge Ernest B. Fullwood on 2 January 2003 in Superior Court, New Hanover County. Heard in the Supreme Court 18 April 2005.

*Roy Cooper, Attorney General, by William B. Crumpler, Assistant Attorney General, for the State.*

*Crossley, McIntosh, Prior & Collier, by Samuel H. MacRae, for defendant-appellant.*

PER CURIAM.

AFFIRMED.